ILND 450 (Rev. 10/13) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Erin Vogel,

        Petitioner,

        v.

McCarthy Burgess & Wolff, Inc.,

        Respondent,

Case No.  17-cv-06681

Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $

        which ☐ includes     pre–judgment interest.
               ☐ does not include pre–judgment interest.

Plaintiff(s) shall recover costs from defendant(s).

☒    in favor of defendant(s) McCarthy Burgess & Wolff, Inc.,
and against plaintiff(s) Erin Vogel

Defendant(s) shall recover costs from plaintiff(s).

☐    other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on a motion for summary judgment. (Dckt. No. [68])

Date:   10/19/2020           Thomas G. Bruton, Clerk of Court

                                Jessica J. Ramos, Deputy Clerk